Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:21-CR-00074-RMP |
| v. | Motion for Detention |
| MICHAEL J. BERCIER, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18

U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because

the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which

includes any felony under Chapter 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

☒    Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1
Document1

☐      Felony, with two prior convictions in above categories;

☐      Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒      Serious risk Defendant will flee; or

☐      Serious risk obstruction of justice.

2.    <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☐      Defendant's appearance as required; or

☒      Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☒      Drug offense with maximum penalty of 10 years or more;

☐      An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐      An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. Other Matters.

Dated: June 11, 2021.

Joseph H. Harrington
Acting United States Attorney


<u>s/ Russell E. Smoot</u>
Russell E. Smoot
Assistant United States Attorney